UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD LEWIS HUNTER, II<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 2:14-CV-142 |
| | § | |
| TEXAS ENERGY SERVICES, LP<br>Defendants | §<br>§<br>§ | |

### DEFENDANT'S GENERAL MOTION TO DIMISS AND MOTION TO DISMISS UNDER RULE 12(b)(6)

Defendant, TX Energy Services, LP moves this Court to dismiss this action and as reasons therefore shows the following:

### I. Summary of Argument

Defendant moves this Court to dismiss Plaintiff's causes of action against it for the reason that Plaintiff's allegation of poverty is untrue. Defendant also moves this Court to dismiss specific claims against it – namely Plaintiff's color and national origin discrimination claims as well as Plaintiff's harassment claim since Plaintiff has failed to exhaust his statutorily required administrative remedies with respect to those claims.

### II. Procedural Background

On April 18, 2014, Plaintiff apparently filed an Application to Proceed in District Court Without Prepaying Fees or Costs with the Western District Court of Texas – San Antonio Division. The application/motion was referred to Judge Henry J. Benporad who granted Plaintiff's Motion to Proceed In Forma Pauperis on April 22, 2014.

On April 22, 2014, Plaintiff filed his Complaint which currently forms the basis of this lawsuit. On April 23, 2014 this case was transferred from the Western District – San Antonio

Division to the Southern District – Corpus Christi Division.  On April 24, 2014 an Order was issued by this Court for an Initial Pretrial and Scheduling Conference along with an Order to Disclose Interested Persons.

On June 6 Plaintiff apparently filed a Motion for Service of Summons on Defendant and on June 4th an Order was issued referring this case to Magistrate Judge B. Janice Ellington.  On June 6, 2014 an Amended Initial Pretrial and Scheduling Conference was entered by the Court.

None of the aforementioned pleadings, motions or orders have been served on Defendant.  On July 7, 2014 Defendant received by certified mail from Plaintiff a copy the Order granting the Motion for Service of Summons along with the summons and Complaint filed back in April.

### III.  Defendant's Motion to Dismiss Plaintiff's Claims as Plaintiff's Allegation of Poverty is Untrue

As stated above, on April 18, 2014, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs which was granted by the Court on April 22nd.  As part of the Application to Proceed in District Court Without Pre-paying Fees or Costs, Plaintiff provided the Court with information concerning Plaintiff's income.  Specifically, on April 17, 2014, Plaintiff stated, in answering question no. 3 on the Application, that Plaintiff had no income from "business, profession or other self-employment" in the past twelve months.

This is untrue.  It is simply undisputed that Plaintiff was *actively employed and earning wages* with Defendant continuously from April 17, 2013 until August 29 2013.  Attached hereto as Exhibit "1" are Defendant's payroll records which reflect that Plaintiff received wages from April 17, 2013 until August 29, 2013 totaling $21,584.92.

Under the Federal Rules of Civil Procedure with respect to proceeding in forma pauperis, "the Court shall dismiss the case at any time if the Court determines that . . . the allegation of

poverty is untrue." 28 U.S.C. §1915(e)(2).[1] The Application to Proceed without prepaying fees or costs signed by Plaintiff on April 17, 2014 requires Plaintiff to identify all wages received in the past twelve months among other things. It is simply undisputed that Plaintiff received thousands of dollars in wages from Defendant through August of 2013 – well within the twelve month time period requested by the Court. Plaintiff's allegation of poverty is obviously untrue notwithstanding Plaintiff's declaration in the Application that: "I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims." Defendant moves this Court for dismissal of Plaintiff's claims for submitting an allegation of poverty which is untrue and to award Defendant any and all other relief to which it may be justly entitled in this cause.

### IV. Defendant's Motion to Dismiss Under Rule 12(b)(6) for Plaintiff's Failure to State a Claim Upon Which Relief Can Be Granted

Plaintiff's Complaint alleges discrimination in violation of Title VII of the Civil Rights Act of 1964 based on race, retaliation, national origin, color and for harassment.

The charge of employment discrimination filed by Plaintiff in this case with the Equal Employment Opportunity Commission, however, only identifies discrimination on the basis of race and retaliation. The charge does not identify or mention discrimination on the basis of color or national origin and makes no mention of harassment. Exhibit "2."

Title VII requires employees to exhaust their administrative remedies before seeking judicial relief. *McClain v. Lufkin Industries, Inc.*, 519 F.3d 264, 273 (5th Cir. 2000). It is well settled that Courts may not entertain claims brought under Title VII unless an aggrieved party has first exhausted his administrative remedies by filing a charge of discrimination with the

---

[1] It should also be noted that beginning June 4 2014 Plaintiff also began receiving workers compensation benefits payments totaling $27,249.45 and continues to receive regular workers compensation benefits to this day.

EEOC. See *Filer v. Donley*, 690 F.3d 643, 647 (5th Cir. 2012); *McClain* 519 F.3d at 273; *Taylor v. Books A Million*, 296 F.3d 376, 378-79 (5th Cir. 2002, cert. denied 537 U.S. 1200, 123 S.Ct. 1287, 154 L.Ed.2d 1041 2003); *Randel v. U. S. Dept. of Navy*, 157 F.3d 392, 395 (5th Cir. 1998). While not uniformly viewed as a jurisdictional prerequisite, the filing of an EEOC charge is "a precondition to filing in district court." *Taylor*, 296 F.3d at 379 (quoting *Dao v. Auchan Hypermarket*, 96 F.3d 787, 789 (5th Cir. 1996).

The primary purpose of the EEOC charge is to provide notice to the Respondent of the discrimination alleged and to activate the voluntary compliance and conciliation functions of the EEOC. See *Manning v. Chevron Chemical Co.*, 332 F.3d 874, 878 (5th Cir., cert. denied 540 U. S. 1107, 124 S.Ct. 1060, 157 L.Ed.2d 892 2004). Requiring the Plaintiff to first state his allegations of employment discrimination in an EEOC charge serves Congress' "intention to promote conciliation rather than litigation in the Title VII context." *Burlington Industries, Inc. v. Ellereth*, 524 U.S. 742, 764, 118 S.Ct. 2257, 141 L.Ed.2d 633 (1998).

Accordingly, the scope of the complaint is limited to the "discrimination stated in the charge itself or developed in the course of a reasonable [EEOC] investigation of that charge." *National Association of Governmental Employers v. City Public Service Board*, 40 F.3d 698, 712 (5th Cir. 1994)(quoting *King v. Seaboard Coastline Railroad Co.*, 538 F.2d 581, 583 (4th Cir. 1976)). Therefore, the failure to assert a claim of discrimination in an EEOC charge and/or its lack of development in the course of a reasonable investigation of that charge precludes the claim from later being brought in a civil suit. See *Thomas v. Texas Department of Criminal Justice,* 220 F.3d 389, 395 (5th Cir.2000); *National Association of Governmental Employers*, 40 F.3d at 711-12; *Young v. City of Houston*, 906 F.2d 177, 179 (5th Cir. 1990).

In this case, it is simply undisputed that Plaintiff's EEOC charge does not allege or even mention discrimination on the basis of color or national origin and makes no allegation of harassment. Accordingly, Plaintiff has failed to exhaust his statutorily required administrative remedies and Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court to dismiss Plaintiff's claims against Defendant and to award such other and further relief both at law and in equity to which Defendant may be justly entitled.

>Respectfully submitted,
>
>HOLLAND & HOLLAND, L.L.C.
>North Frost Center
>1250 N.E. Loop 410, Ste. 808
>San Antonio, Texas 78209
>Telephone: (210) 824-8282
>Facsimile: (210) 824-8585
>
>
>BY _/s/ Michael L. Holland_
>    Michael L. Holland
>    State Bar No. 09850750
>    Southern District Bar No. 83742
>    Email: mholland@hollandfirm.com
>    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Federal Rules of Civil Procedure, on the __23rd__ day of __July__, 2014, to the following counsel of record:

Richard Lewis Hunter, II, pro se
6202 Roxbury Rd., Apt. #3304
San Antonio, Texas 78238

*/s/ Michael L. Holland*
_____
Michael L. Holland

## AFFIDAVIT OF MARICELA MARTINEZ

STATE OF TEXAS          *
                        *
COUNTY OF JIM WELLS     *

Before me, the undersigned notary public, on this date personally appeared Maricela Martinez, who is personally known to me, who being by me duly sworn according to law and upon her oath deposes and states:

1. "My name is Maricela Martinez. I am over 18 years of age and I am competent to make this affidavit. I have personal knowledge of the facts recited herein and said facts are true and correct.

2. I am the Director of Human Resources and Payroll Operations for TX Energy Services, LP.

3. In my capacity as the Director of Human Resources and Payroll Operations, I have access to payroll information regarding current and former employees.

4. I have reviewed the TX Energy Services, LLC Check Registry Report records concerning Mr. Richard L. Hunter II (2 pages printed on July 23, 2014) attached to this affidavit and affirm they are true and correct copies of excerpts of payroll records made at or near the time of the work performed and kept in the regular course of business.

Further, Affiant sayeth not.

Executed this 23 day of July, 2014.

Maricela Martinez

SUBSCRIBED AND SWORN TO before me by the said Maricela Martinez, on this the 23 day of July, 2014.


MONICA ANN LEDESMA
Notary Public, State of Texas
My Commission Expires
April 19, 2017

Monica Ann Ledesma
NOTARY PUBLIC, STATE OF TEXAS


EXHIBIT
1

```
System:      7/23/2014   9:20:04 AM                TX Energy Services, LLC                                      Page:      1
User Date:   7/23/2014                              CHECK INQUIRY REPORT                                        User ID: mlongoria
                                                        U.S. Payroll

Employee ID: TES-004634              Hunter II, Richard L.

Ranges:                      From:             To:
  Check Number               First             Last
  Check Date                 First             Last
  Audit Trail Code           First             Last


Sorted By:  Check Date

* Voided


Check Number           Payment#              Checkbook ID            Check Date                                Audit Trail Code
   Gross Wage          Federal Tax    FICA Soc Sec Tax    FICA Med Tax    Deductions           Benefits            Net Wages
 Federal Tax/Tips   FICA Soc Sec/Tips    FICA Med/Tips  Uncltd FICA SS/Tips  Uncltd FICA Med/Tips  Reason for Voiding
-------------------------------------------------------------------------------------------------------------------------------
112205                 157010                  REGIONS PAYROLL         3/29/2013                                UPRCC00001503
   $1,691.63              $171.53        $104.88           $24.53           $0.00             $0.00              $1,390.69
       $0.00                $0.00          $0.00            $0.00                $0.00

112654                 158160                  REGIONS PAYROLL         4/12/2013                                UPRCC00001519
   $1,990.63              $216.38        $123.42           $28.86           $0.00             $0.00              $1,621.97
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00089698             159195                  REGIONS PAYROLL         4/26/2013                                UPRCC00001529
   $1,586.00              $155.69         $98.33           $23.00          $25.00             $0.00              $1,283.98
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00090407             160260                  REGIONS PAYROLL         5/10/2013                                UPRCC00001536
   $2,107.63              $233.93        $130.68           $30.56          $25.00             $0.00              $1,687.46
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00091103             161340                  REGIONS PAYROLL         5/24/2013                                UPRCC00001541
   $1,922.38              $206.15        $119.18           $27.87          $25.00             $0.00              $1,544.18
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00091810             162922                  REGIONS PAYROLL         6/7/2013                                 UPRCC00001575
   $1,571.38              $153.50         $97.43           $22.79          $25.00             $0.00              $1,272.66
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00092524             163994                  REGIONS PAYROLL         6/21/2013                                UPRCC00001581
   $2,244.13              $254.41        $139.13           $32.54          $25.00             $0.00              $1,793.05
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00093234             165002                  REGIONS PAYROLL         7/5/2013                                 UPRCC00001584
   $2,005.25              $194.71        $114.46           $26.77         $185.14             $0.00              $1,484.17
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00095356             168098                  REGIONS PAYROLL         7/19/2013                                UPRCC00001592
     $910.00                $0.00         $46.56           $10.89         $185.14             $0.00                $667.41
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00096059             169096                  REGIONS PAYROLL         8/2/2013                                 UPRCC00001602
   $1,600.63                $0.00         $89.37           $20.90         $185.14             $0.00              $1,305.22
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00096744             170138                  REGIONS PAYROLL         8/16/2013                                UPRCC00001612
   $1,644.50                $0.00         $92.10           $21.54         $185.14             $0.00              $1,345.72
       $0.00                $0.00          $0.00            $0.00                $0.00

DD00097461             171248                  REGIONS PAYROLL         8/30/2013                                UPRCC00001627
   $1,727.38                $0.00         $97.23           $22.74         $185.14             $0.00              $1,422.27
       $0.00                $0.00          $0.00            $0.00                $0.00
```

```
System:      7/23/2014   10:53:03 AM            TX Energy Services, LLC                                Page:       2
User Date:   7/23/2014                           CHECK INQUIRY REPORT                                  User ID: mlongoria
                                                     U.S. Payroll

Employee ID:  TES-004634            Hunter II, Richard L.

* Voided


Check Number         Payment#              Checkbook ID          Check Date                          Audit Trail Code
    Gross Wage        Federal Tax      FICA Soc Sec Tax        FICA Med Tax         Deductions        Benefits         Net Wages
  Federal Tax/Tips  FICA Soc Sec/Tips    FICA Med/Tips     Uncltd FICA SS/Tips  Uncltd FICA Med/Tips  Reason for Voiding
-----------------------------------------------------------------------------------------------------------------------------
DDG0098183           172295                          REGIONS PAYROLL           9/13/2013                              UPRCC00001637
    $583.38              $0.00              $26.30              $6.15             $185.14              $0.00             $365.79
      $0.00              $0.00               $0.00              $0.00               $0.00


-----------------   -----------------   ------------------   -----------------   -----------------   -----------------   -----------------
  $21,584.92          $1,586.30           $1,279.07             $299.14           $1,235.84              $0.00          $17,184.57
-----------------   -----------------   ------------------   -----------------   -----------------   -----------------
      $0.00              $0.00               $0.00              $0.00               $0.00


Total Checks:              13
```

## AFFIDAVIT OF MICHAEL HOLLAND

STATE OF TEXAS        *
                                     *

COUNTY OF BEXAR      *

Before me, the undersigned notary public, on this date personally appeared Michael Holland, who is personally known to me, who being by me duly sworn according to law and upon his oath deposes and states:

1. "My name is Michael Holland. I am over 18 years of age and I am competent to make this affidavit. I have personal knowledge of the facts recited herein and said facts are true and correct.

2. I am the attorney of record for the Defendant, TX Energy Services, LP, in this lawsuit.

3. The EEOC charge attached to Defendant's Motion to Dismiss Rule 12(b)(6) is a true and correct copy from my file of the charge Plaintiff signed on September 9, 2013 and filed with the Equal Employment Opportunity Commission (charge #451-2013-02967).

Further, Affiant sayeth not.

Executed this 23rd day of July, 2014.

_____
Michael Holland

SUBSCRIBED AND SWORN TO before me by the said Michael Holland, on this the 23rd day of July, 2014.

DEANNA JENNINGS
Notary Public
State of Texas
My Comm. Exp. 3-5-17

_____
NOTARY PUBLIC, STATE OF TEXAS



EXHIBIT 2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 451-2013-02967 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Richard L. Hunter, Jr. | (615) 720-1093 | 10-23-1978 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6202 Robury Road #3304, San Antonio, TX 78238 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TEXAS ENERGY SERVICE INC. | 201 - 500 | (361) 786-2390 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1214 Highway 72, Three Rivers, TX 78071 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-07-2013    Latest: 08-22-2013
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

While employed by Texas Energy Services Inc., I have been subjected to a hostile and harassing work environment by management personnel and coworkers. I was the only Black working at the Three Rivers site at the wash rack.

On June 8, 2013, a Hispanic coworker called me a nigger and pulled a blade on me after I stood up for myself and asked why he was harassing and treating me the way he was. The coworker is a good friend of my supervisor. I reported the incident to dispatch and had to complete a written statement. The next morning I met with the general manager and we discussed the issue.

On July 30, 2013 I had a dinner interview and preliminary job offer for a position in sales at the corporate location in Houston, TX. I was asked if there was anything else I wanted to bring up so I discussed the incident on June 8, 2013 and how I was being harassed and mistreated at work.

On August 7, 2013 I had made pay request of $80,000 annually based on market research.

On August 9, 2013, out of the blue I had a meeting with the corporate attorney, the general manager, and the general manager's son. I was not expecting or informed about the meeting previously. During the meeting we discussed the June 8, 2013 incident and how I was being treated and harassed at work.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 09, 2013
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 451-2013-02967 |
| Texas Workforce Commission Civil Rights Division | | and EEOC |
| *State or local Agency, if any* | | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On August 10, 2013 Michelle White informed me that the company was offering $49,000 annually with the potential to make more. I stated that I would accept the offer. Ms. White told me she would get back with me the following Monday with a job offer, but she never did.

From August 11, 2013 on Ms. White kept telling me due to the disparity in the pay I was requesting and what the company was offering, I would not be happy with a salary of $49,000 and I would not be a good fit. I told Ms. White I willingly accepted their offer of $49,000 and just wanted to be given a chance. Ms. White stated she would reconsider hiring me for the position.

On August 22, 2013 I was notified by telephone by Ms. White that due to the disparity between what I had asked for and what the company was offering I would not be a good fit and would not be happy, despite me stating repeatedly that I was willing to work for $49,000.

I believe that the pay disparity was being used as a pretext to not promote me. I had been offered the position in Houston, TX, but after I informed corporate about how I was being treated and harassed at work because of my race, the offer was pulled.

I believe that I have been and continue to be discriminated against because of my race, Black and retaliated against for making a protected complaint in violation of TVII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 09, 2013
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD LEWIS HUNTER, II<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 2:14-CV-142 |
| TEXAS ENERGY SERVICES, LP<br>　　Defendants | §<br>§<br>§ | |

### ORDER GRANTING DEFENDANT'S GENERAL MOTION TO DIMISS AND MOTION TO DISMISS UNDER RULE 12(b)(6)

On this day came on to be considered Defendant, TX Energy Services, LP's Motion to Dismiss and Motion to Dismiss under Rule 12(b)(6). The Court having considered the motion, response and evidence presented is of the opinion that Defendant's motion is well taken, and should be, in all things, GRANTED. Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff's complaint against Defendant TX Energy Services, LP is hereby dismissed with prejudice to refiling and Plaintiff shall have and take nothing against Defendant. All relief not expressly granted is hereby denied.

SIGNED AND ENTERED this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

7